*Wilson* for plaintiff. *Bayard* for defendant.

## CLOUD v. CLOUD'S ADMINISTRATOR.

Supreme Court. New Castle. April, 1799.

*Bayard's Notebook, 246.*

PER CURIAM. The jury had no power to refuse interest upon deciding the issues in favor of the plaintiff. The law gave him interest of course, after the bond was payable.

*Vandyke* and *Bayard* for plaintiff. *Read* and *Rodney* for defendant.